ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 1 2 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| FRANKLIN IGHEKPE, § | |
| § | |
| Petitioner, § | |
| § | Civil Action No. 3:05-CV-1235-M |
| v. § | |
| § | |
| JOHN T. SOURKARIS, Director, § | |
| Post Order Detention Unit, U.S. § | |
| Immigration and Customs Enforcement, § | |
| et al., § | |
| § | |
| Defendant. § | |
| § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated June 22, 2005, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 12th day of July, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE